FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

June 1, 2022

No. 04-21-00523-CV

Leonardo **SAENZ**,
Appellant

v.

Julia **SAENZ**,
Appellee

From the 81st Judicial District Court, Frio County, Texas
Trial Court No. 21-02-00035CVF
Honorable Russell Wilson, Judge Presiding

# O R D E R

The appellee has filed a 60-day MEOT to file her brief or an alternative motion to abate. She states that the parties mediated and previously reached a settlement, and then appellant emailed disagreeing to the settlement. Appellee seeks a MEOT so that the parties can continue to mediate. We have already granted appellee one 30-day MEOT. Appellee states appellant is unopposed to the MEOT, but does not know appellant's view on the motion to abate. I recommend granting a 30-day MEOT and denying the motion to abate with the following order:

On May 11, 2022, appellee filed a "Motion for Abatement or to Extend Briefing Deadline." The motion alleges the parties are considering settling the underlying case. After consideration, we **DENY** appellee's request to abate. However, in order to facilitate the settlement and disposition of this appeal, we **GRANT** appellee an extension of time to file her brief. We **ORDER** the parties to file by **June 13, 2022**, a motion that disposes of this appeal in accordance with Texas Rule of Appellate Procedure 42.1. If such motion is not filed, appellee's brief will be due by June 13, 2022.

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 1st day of June, 2022.



FILE COPY

_Michael A. Cruz_

MICHAEL A. CRUZ, Clerk of Court